UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guy Rotter, et al. CIVIL 02-398 (PAM/RLE)

Plaintiffs,

vs.

Kieger Enterprises, Inc.,

Defendant,

---

John Roedler, CIVIL 02-599 (JMR/FLN)

Plaintiff,

vs.

Kieger Enterprises, Inc.,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case No. 02-398 PAM/JGL having been assigned to Judge Paul A. Magnuson, and Case No. 02-599 JMR/FLN having later been assigned to Judge James M. Rosenbaum, said matters being related cases,

IT IS HEREBY ORDERED That Case No. 02-599 JMR/FLN, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 30, 2002.

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: July 3, 2002

Paul A. Magnuson, Judge
United States District Court

DATED: July 12, 2002

James M. Rosenbaum, Judge
United States District Court

5

FILED JUL 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Paul A. Magnuson
and
Magistrate Judge Raymond L. Erickson

NEW CASE INFORMATION 02-599 PAM/RLE
Please use this case information for all further filings.