UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Gary Rotter and Carrie Zitzman,

Plaintiffs,

vs. ORDER

Kieger Enterprises, Inc., a Minnesota corporation,

Defendant. Civ. No. 02-398 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 13th day of February, 2003.

* * *

On October 31, 2002, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Wednesday, February 12, 2003. On February 11, 2003, this Court conducted a telephone conference with counsel, wherein the parties were in agreement that they would engage in further discovery and negotiations, and jointly requested that the Court reset the Settlement Conference at a later date, in the event that they are unable to resolve the disputes. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

14

FEB 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Settlement Conference set for Wednesday, February 12, 2003, at 10:00 a.m., in Minneapolis, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE