UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Gary Rotter and Carrie Zitzman,

Plaintiffs,

vs.

ORDER OF DISMISSAL

Kieger Enterprises, Inc., a Minnesota corporation,

Defendant.

Civ. No. 02-398 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Paul A. Magnuson
United States District Court

DATED: March 14, 2003
At St. Paul, Minnesota

FILED MAR 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK