UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Rotter and Carrie Zitzman,

Plaintiffs,

v.

Kieger Enterprises, Inc.,
a Minnesota corporation,

Defendant.

Civil No. 02-398 (PAM/RLE)

**PRETRIAL SCHEDULE**

---

Pursuant to Rule 16, Federal Rules of Civil Procedure, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before **December 1, 2002.** The period during which the parties may conduct discovery shall terminate on **April 1, 2003.** Disputes with regard to pre-discovery disclosures or discovery shall be called immediately to the Court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

2. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before **December 1, 2002;**

3. All other non-dispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served prior to **April, 1, 2003.** All non-dispositive motions shall be scheduled for hearing by calling Vicki Miller, Secretary for

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Magistrate Judge Raymond L. Erickson. All non-dispositive motions shall be scheduled, filed, and served in compliance with Local Rule 7.1(a). A total of fifteen minutes will be allotted to each party who appears to present argument on the motion. The moving party may reserve up to five of the fifteen minutes for rebuttal. No discovery motion shall be heard unless the moving party files with the motion the statement required by Local Rule 37.1 and complies with the requirements of Local Rule 37.2;

4. No more than **25** interrogatories (counted in accordance with Fed. R. Civ. Pro. 33) shall be served by any party;

5. No more than **six (6)** depositions (excluding expert depositions) shall be taken by any party without prior order of the court;

6. All dispositive motions shall be served, filed and fully briefed prior to **May 1, 2003 .** All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1(b). Counsel are forewarned that six to eight weeks' advance notice is necessary to place a dispositive motion on the calendar;

10. This case shall be ready for trial on **June 1, 2003,** at which time the case will be placed on the court's June trial calendar.

DATED: October 15, 2002.

Paul A. Magnuson
United States District Court Judge

Discovery Cut-Off
4/1/03
Non-Disp.Motions
4/1/03
Disp. Motion Ends
5/1/03
Trial Date
6/1/03